### HOLMAN agt ARNAL

Thomas Holman plaint. agt William Arnal Defendt in an action of debt to the value of Four pounds in mony due upon bill wᵗʰ all due damages according to attachmt dat. June. 14° 1675. . . . The Jury . . . founde for the plaintife Four pounds in mony & costs of Court being 20ˢ

Execucion issued July: 30° 1675.

### CROW agt KNIGHTS

Christopher Crow plaint. agt Jonathan Knights Defendt in an action of the case for witholding a debt of Six pounds ten Shillings due for a horse sold & delivered him by the wife of the sᵈ Christopher Crow & by her husbands order & due interest & other due damages according to attachmt dat. July 9° 1675. . . . The Jury . . . founde for the Defendt costs of Court.

### LYNDE agt MANNING

Simon Lynde plaint. agt Nicholas Manning Defendt according to attachmt dat. May. 7ᵗʰ 1675. The plaint. withdrew his accion upon the Defendt his confessing judgement.

### RAWSON agt HART

mʳ Edward Rawson as Attourny to mʳ John Knowles late of Bristoll Clerke plaint. agt Jsaac Hart Defendt in an action of the case for the sᵈ Hart breach of a bond to the value of Seventy pounds for not paying the Summe of thirty Seven pounds in the Season thereof & delivering up to the sᵈ mʳ Edward Rawson all his receipts as hee was bound to doe as by the sᵈ bond amply doth & may appeare wᵗʰ due damages according to Attachmt dat. July. 2ᵈ 1675. . . . The Jury . . . founde for the plaintife Seventy pounds mony the Forfiture of the bond & costs of Court. The Court chancered this bond to Fifteen pounds mony & costs of Court £1. 3. 6 & Order no Execucion issue out upon this judgement untill mʳ Rawson haue recorded the powers hee hath from mʳ Knowles to sell the Land granted to sᵈ Hart.

mʳ Rawson produced a Letter of Attourny attested by the publique Notary to bee entred in the: 5ᵗʰ Booke of his Records page. 108. so by order of the Governoʳ

Execution issued Decembʳ 19° 1677.